**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

——————————

## NO. 01-25-00635-CV

——————————

## IN RE ERIC B. DICK AND DICK LAW FIRM, PLLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Eric B. Dick and Dick Law Firm, PLLC have filed a petition for writ of mandamus challenging an order from the county court.[1] To be entitled to mandamus relief, relator must show the trial court clearly abused its discretion and relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148

---

[1] The underlying case is *Donna Garcia Rougeaux v. Clear Blue Insurance Company*, cause number 1252304, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Monica Singh presiding.

S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). Relators have not met their burden. *See Anderson v. City of Seven Points*, 806 S.W.2d 791, 792 n.1 (Tex. 1991) ("An original proceeding for a writ of mandamus initiated in the trial court is a civil action subject to trial and appeal on substantive law issues and the rules of procedure as any other civil suit."). We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.